AO 93    (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

SOUTHERN        District of        CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One (1) Blue Samsung Cellular Telephone
Serial Number:  RV6XB17459F

**SEARCH WARRANT**

Case Number: **'08 MJ 8293**

FILED
APR 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: CRAIG MOORE _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by  CRAIG MOORE (Affiant)  who has reason to believe

that ☐ on the person of, or ☑ on the premises known as (name, description and/or location)

REFER TO ATTACHMENT A

in the SOUTHERN _____ District of CALIFORNIA _____ there is now concealed a certain person or property, namely (describe the person or property)

REFER TO ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    April 13, 2008
                                                                                    Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ ~~in the daytime — 6:00 A.M. to 10:00 P.M.~~ ☑ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
PETER C. LEWIS _____ as required by law.
U.S. Magistrate Judge  (Rule 41(f)(4))

4-3-08 @ 10:35 a.m.                       at    EL CENTRO            CALIFORNIA
Date and Time Issued                                  City and State

Peter C. Lewis, U. S. Magistrate Judge                           Signature of Judge
Name and Title of Judge

AO 93        (Rev. 12/03)  Search Warrant (Reverse)

| RETURN | | Case Number: 08 MJ 8293 |
|---|---|---|
| DATE WARRANT RECEIVED<br>4/3/2008 | DATE AND TIME WARRANT EXECUTED<br>4/18/08 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Left in property bag |
| INVENTORY MADE IN THE PRESENCE OF<br>DEA S/A Terry Raio | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

One IMEI number
One IMSI number
Individual cellular telephone number
Five phone numbers recovered from cellular telephone phonebook
Twenty most recently dialed phone numbers recovered
Phone numbers of eighteen most recent received calls recovered
Phone numbers of seven recent missed calls recovered
Two hundred phone numbers stored in SIM card phonebook recovered
Five sent text messages recovered from cellular telephone
Nineteen received text messages recovered

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_                                                      4-25-08
Signature of Judge                                                 Date

## ATTACHMENT A

### DESCRIPTION OF PROPERTY TO BE SEARCHED

One blue Samsung cellular phone (Serial Number RV6XB17459F) without photo capabilities, that was found on the person of Jonathan Anglin at 920 Highway 98, Ocotillo, California.

The cellular telephone to be searched is currently located at the DEA Imperial County District Office, Imperial, California.

## ATTACHMENT B

## ITEMS TO BE SEIZED

Any and all electronically stored information in said cellular phone, including:

a. telephone numbers of incoming/outgoing calls stored in the call registry

b. telephone numbers and corresponding names to those numbers stored in the cellular telephone's address book;

c. any incoming/outgoing text messages which evidences the relationship between the existence of a conspiracy to import, possess or sell controlled substances in violation of 21 U.S.C. §§ 841(a)(1), and 846

d. telephone subscriber information; and

e. any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular phone including photographs, e-mail, and voicemail which evidences the existence of a conspiracy to import, possess, sell, and distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), and 846

1